UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-02755 |
| | § | |
| TVD VENTURES, LLC; dba CLUB INDIGO; aka INDIGO; aka INDIGO MIDTOWN LOUNGE, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER
## ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court are Plaintiff's Motion for Final Default Judgment (Doc. 13) and the Magistrate Judge's Memorandum and Recommendation (Doc. 19), recommending that Plaintiff's Motion be granted. No objections were filed to the Memorandum and Recommendation and the time period for doing so has expired.

When no timely objection to a magistrate judge's memorandum and recommendation is filed by any party, the district court need only satisfy itself that there is no clear error on the face of the record to accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2008).

After carefully reviewing the record and applicable law, the Court concurs with the Magistrate Judge, who has correctly cited and applied the law to the facts here that are supported by the undisputed documentary evidence.

Accordingly, the Court hereby

ADOPTS the Magistrate Judge's Memorandum and Recommendation (Doc. 19) as its own and

ORDERS that Plaintiff's Motion for Final Default Judgment (Doc. 13) be GRANTED and that a Final Default Judgment be entered against Defendants, with Plaintiff being awarded $7,500 in statutory damages, $15,000 in additional damages, and $1,000 in attorneys' fees.

SIGNED at Houston, Texas, this 27th day of April, 2018.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE